3:21-cv-55-J-20JBT

Re: Being Denied Access To The Court

Dear Clerk of the Court

Several times last year and twice this year the mailroom staff have left confinement without picking up all legal mail. I am "Hearing Impaired" and I put a sign in my door so they can see I have legal mail. The problem is they don't want to walk on the wings. The officer yells "Legal Mail" from the door of the wing. On 1-12-21 I had my sign and legal mail in the door. The officer yelled Legal mail, and I said Cell #7, maybe they didn't hear me, so when they came from wing 3 in N-Dorm, I yelled Legal mail and beat on the door, I was ignored and he left. Officer McKenzie, has a history of mistreating inmates, but not all the blame is on him. The mailroom staff job is to go to every cell and see if there's any legal mail, but everyone is in such a rush to leave. If it's nothing more than a letter asking the mailroom to stop this we will be grateful.

Respectfully Submitted

Mailroom staff Mrs. Bradley

Roosevelt King - 040659  N4-107
Columbia-Annex
216 S.E. Corrections Way
Lake City, Fla.
32025-2013